

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (Petitioner)<br>vs.<br>DOUGLAS MARTELLA<br>Defendant (Respondent) | CASE and/or Docket No.:<br>20-CV-00528<br>Sheriff's Sale Date: |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** SUMMONS & COMPLAINT

I, KENDRA DAY, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DOUGLAS MARTELLA the above process on 3/15/2020, at 8:50 PM, at 1635 LOWER ROCKY DALE RD GREEN LANE, PA 18054, County of MONTGOMERY, Commonwealth of PENNSYLVANIA:

**Manner of Service:**

☑ **Substitute** - By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no family member was found*

Name: THERESA YELITO
Relationship/Title/Position: SPOUSE

Description: Approximate Age <u>56-60</u>  Height <u>5ft 4in - 5ft 7in</u>  Weight <u>211 lbs - 230 lbs</u>  Race <u>WHITE</u>  Sex <u>FEMALE</u>
Hair <u>Brown</u>

Commonwealth/State of PENNSYLVANIA  ) SS:
County of __Berks__  )

Before me, the undersigned notary public, this day, personally, appeared KENDRA DAY to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this __17__ day of __Mar__, 20 __20__

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

File Number: USA-203412
Case ID #: 5818053