## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiff<br>v.<br>DOUGLAS MARTELLA<br>　　　　　　　Defendant | Civil Action No:  20-00528 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

    Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

                      Respectfully submitted,
                      KML Law Group, P.C.

                      By: <u>/s/Rebecca A. Solarz, Esq.</u>
                      Rebecca A. Solarz, Esquire
                      Suite 5000 – BNY Independence Center
                      701 Market Street
                      Philadelphia, PA  19106-1532
                      (215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff<br><br>vs.<br><br>DOUGLAS MARTELLA<br><br>                              Defendant | CIVIL NO.  20-00528 |

**CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Notice of Voluntary Dismissal  has been served by first class mail, postage pre-paid, upon the parties listed below on April 8, 2020.

Douglas Martella
1635 Lower Rocky Dale Rd.
Green Lane, PA 18054

                                                           Respectfully submitted,

                                                           KML Law Group, P.C.

                                                           By: <u>/s/Rebecca A. Solarz, Esq.</u>
                                                           Rebecca A. Solarz, Esquire
                                                           Suite 5000
                                                           701 Market Street
                                                           Philadelphia, PA  19106-1532
                                                           (215) 825-6327